# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00823-CV

## In the Interest of F. L. H. A.

### FROM THE 433RD DISTRICT COURT OF COMAL COUNTY
### NO. C2010-1443D, THE HONORABLE ANGELITA MENDOZA-WATERHOUSE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant F.L.H.A. has filed an unopposed motion to dismiss this appeal, informing the Court that the notice of appeal sent to this Court was actually a request for a de novo appeal in the trial court of the IV-D Master's Ruling under Texas Family Code Section 201.015. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Kelly and Smith

Dismissed on Appellant's Motion

Filed: January 10, 2019